NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY G. HUNT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7039

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4707, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Anthony G. Hunt moves this court to compel the government to produce various documents. In the alternative, Hunt moves for the appointment of counsel.

Neither the Federal Rules of Appellate Procedure nor the Federal Circuit Rules allow discovery on appeal. In addition, this court has no procedure to appoint counsel for pro se litigants. Hunt is advised that pro bono counsel may be available to veterans for representation at this court through various assistance programs, including the Federal Circuit Bar Association's Veterans Pro Bono Program. Pro bono counsel may also be available for representation at the Court of Appeals for Veterans Claims through the Veterans Consortium Pro Bono Program.

Accordingly,

IT IS ORDERED THAT

The motions are denied.

FOR THE COURT

APR 30 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony G. Hunt
Daniel B. Volk, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 30 2012

JAN HORBALY
CLERK